FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 20, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TOMBARI PROPERTIES LLC, a Washington State limited liability company,<br><br>       Plaintiff,<br><br>  vs.<br><br>AMTRUST INSURANCE COMPANY, a foreign insurer,<br><br>       Defendant. | NO: 2:24-CV-0259-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

  BEFORE THE COURT is the parties' Stipulated Motion to Dismiss with Prejudice. ECF No. 24. The parties request the Court to enter a final order dismissing this case with prejudice and without attorneys' fee or costs. The Court has reviewed the record and files herein and is fully informed.

  According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and without attorneys' fees or costs.

2. All deadlines, hearings, and trial are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED June 20, 2025.



THOMAS O. RICE
United States District Judge